# UNITED STATES DISTRICT COURT

WESTERN District of ARKANSAS

UNITED STATES OF AMERICA
V.

EDGAR GONZALEZ-MATAMOROS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 2:13CR20062-001

USM Number: 58520-279

James B. Pierce
Defendant's Attorney

**THE DEFENDANT:**

X plead guilty to violation of condition(s) new law violation and special condition of the term of supervision.

☐ was found in violation of condition(s) ____________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| New Law Violation | Re-Entry of a Deported Alien | September 9, 2013 |
| Special Condition | Returned to the United States Illegally | September 9, 2013 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

☐ The defendant has not violated condition(s) ____________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: Unknown

Defendant's Date of Birth: xx-xx-1980

Defendant's Residence Address:

xxxxxxxxxxxxxxxxxxxxx

North Little Rock, AR 72118

Defendant's Mailing Address:

Same as above

February 12, 2014
Date of Imposition of Judgment

/S/ P. K. Holmes, III
Signature of Judge

Honorable P. K. Holmes, III, Chief United States District Judge
Name and Title of Judge

February 12, 2014
Date

DEFENDANT: EDGAR GONZALEZ-MATAMOROS
CASE NUMBER: 2:13CR20062-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**Twelve (12) months to be served concurrently to Case Number 2:13CR20058-001. Further, there will be no term of supervised release following imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

The defendant shall surrender to the United States Marshal for this district:

☐ at __________ ☐ a.m. ☐ p.m. on __________ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on __________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

__________

__________

__________

Defendant delivered on __________ to __________

a __________ with a certified copy of this judgment.

__________
UNITED STATES MARSHAL

By __________
DEPUTY UNITED STATES MARSHAL